UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**ARTHUR BURROUGH**                                        **PLAINTIFF**

**V.**                                      **CAUSE NO: 1:10-cv-93-DAS**

**MICHAEL J. ASTRUE, COMMISSIONER OF**
**SOCIAL SECURITY**                                    **DEFENDANT**

## ORDER DISMISSING CASE WITHOUT PREJUDICE

This cause is before the court on the Plaintiff's Motion to Dismiss Without Prejudice. The plaintiff seeks to dismiss his appeal and states that no party to this matter will be prejudiced by the dismissal of this lawsuit. The court has considered the motion and finds that it is well taken. It is therefore:

ORDERED that the above entitled matter is hereby dismissed without prejudice.

This, the 5th day of August, 2010.


                                              /s/ David A. Sanders
                                              U. S. MAGISTRATE JUDGE